```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32186
   VIOLET A ROSS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3010


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/15/2006 and was confirmed 05/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
LEIBOWITZ LAW CENTER      NOTICE ONLY    NOT FILED          .00            .00
CITIBANK NA               CURRENT MORTG       .00           .00            .00
CITIBANK                  UNSEC W/INTER    827.17        100.70         827.17
WASHINGTON MUTUAL         CURRENT MORTG       .00           .00            .00
AT & T BANKRUPCTY         UNSEC W/INTER NOT FILED           .00            .00
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED           .00            .00
CITIBANK SOUTH DAKOTA NA  UNSEC W/INTER    347.67         48.24         347.67
CITIBANK NA               NOTICE ONLY    NOT FILED          .00            .00
CORRECTED BILLING SERVIC  NOTICE ONLY    NOT FILED          .00            .00
CAPITAL RECOVERY ONE      UNSEC W/INTER    228.59         33.63         228.59
BENEFICIAL NATL BANK~     UNSEC W/INTER NOT FILED           .00            .00
KOHLS                     UNSEC W/INTER    155.17         24.09         155.17
MCI COMMUNICATIONS        UNSEC W/INTER NOT FILED           .00            .00
MEDICAL BUREAU            UNSEC W/INTER NOT FILED           .00            .00
NATIONAL ASSET RECOVERY   UNSEC W/INTER NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSEC W/INTER NOT FILED           .00            .00
SOUND & SPIRIT            UNSEC W/INTER NOT FILED           .00            .00
WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED          .00            .00
KARL R NIEBUHR            ATTORNEY            .00           .00            .00
DAVID P LEIBOWITZ         ADMINISTRATIV   1162.50           .00        1162.50
DAVID P LEIBOWITZ         ADMINISTRATIV     43.50           .00          43.50
DAVID P LEIBOWITZ         ADMINISTRATIV    418.14           .00         418.14
WASHINGTON MUTUAL         UNSEC W/INTER       .00           .00            .00
CAPITAL RECOVERY II       UNSEC W/INTER   1293.13        157.28        1293.13
GE MONEY BANK/QVC         UNSEC W/INTER    342.18         41.76         342.18
GE MONEY BANK/QVC         UNSEC W/INTER     84.42         10.73          84.42
THOMAS W DREXLER          DEBTOR ATTY    2,100.00                     2,100.00
TOM VAUGHN                TRUSTEE                                       504.62
DEBTOR REFUND             REFUND                                        326.48

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 32186 VIOLET A ROSS
```

```
                           RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   8,250.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        3,278.33
    INTEREST                                       416.43
ADMINISTRATIVE                                   3,724.14
TRUSTEE COMPENSATION                               504.62
DEBTOR REFUND                                      326.48
                        ---------------    ---------------
TOTALS                    8,250.00             8,250.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 03/05/09         _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 05 B 32186 VIOLET A ROSS